UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                             CASE NO. 13 B 09622
                                                   CHAPTER 13
JohnPaul Michael Nelson

                                                   JUDGE DONALD R CASSLING

    DEBTOR                                         **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** PACIFIC UNION FIN LLC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 21 | XXXXXX3476 | $1,777.51 | $1,777.51 | $1,777.51 |
| Total Amount Paid by Trustee | | | | | $1,777.51 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 13-09622-DRC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 26th day of June, 2017.

Debtor:
JohnPaul Michael Nelson
4040 N. Central Park Ave
Chicago, IL  60618

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
PACIFIC UNION FIN LLC
% PHYLLIS SNYDER
1603 LBJ FREEWAY #500
FARMERS BRANCH, TX  75234

Mortgage Creditor:
Pacific Union Financia
Attn: Bankruptcy Dept.
1 Corporate Dr Ste 360
Lake Zurich, IL  60047

Creditor:
PACIFIC UNION FINANCIAL LLC
% PIERCE & ASSOCIATES PC
1 NORTH DEARBORN STREET
SUITE 1300
CHICAGO, IL  60602

ELECTRONIC SERVICE - United States Trustee


Date:  June 26, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603